UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

SAMMY FIGUEROA,
JAZMIN JUDITH CRUZ,

       Plaintiffs,

v.

QUICKIES BURGERS, WINGS AND FISH,
LLC D/B/A QUICKIE'S BURGER FISH AND
WINGS, ABDALLAH S. ASHRAM,
MESAD Y. SHEHADEH,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, SAMMY FIGUEROA and JAZMIN JUDITH CRUZ, bring this action against Defendants, QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS, ABDALLAH S. ASHRAM, and MESAD Y. SHEHADEH, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs SAMMY FIGUEROA and JAZMIN JUDITH CRUZ were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiffs engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA including but not limited to interstate communication with vendors.

4. At all times material hereto, Defendant, QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS, was a Florida corporation with its principal

place of business in South Florida, engaged in commerce in the field of restaurant operations, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.     Defendant, ABDALLAH S. ASHRAM, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS. Accordingly, ABDALLAH S. ASHRAM was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6.     Defendant, MESAD Y. SHEHADEH, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS. Accordingly, MESAD Y. SHEHADEH was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

7.     Defendant, QUICKIES BURGERS, WINGS AND FISH, LLC D/B/A QUICKIE'S BURGER FISH AND WINGS and the restaurants Dolphin Fish & Chicken Corporation d/b/a Quickie's Burger Fish and Wings and Quickie's Burgers & Wings, Inc d/b/a Quickies Burgers Wings and Seafood, are a single enterprise under the Fair Labor Standards Act, performed related activities through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and have an annual gross sales and/or business volume of $500,000 or more.

8.	Two or more of Defendants' employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

9.	Plaintiff SAMMY FIGUEROA worked for Defendants as a general manager.

10.	Plaintiff JAZMIN JUDITH CRUZ worked for Defendants as a shift leader.

11.	Defendants failed to pay Plaintiffs' full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rates for hours worked over 40 each week.

12.	Attached as Exhibit A and Exhibit B are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

13.	Defendants have knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

14.	Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

15.	Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

16.	Plaintiffs reallege and incorporates the allegations set forth in paragraphs 1-15 above as if set forth herein in full.

17.	Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

18.	Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

*/s/ Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791